HATTIE S. CROWELL, *v.* HENRY E. WELLS et al., Appellants, WILLIAM H. BIERDS, Respondent, et al.

(Argued October 21, 1889; decided November 1, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made June 28, 1889,

which affirmed an order of Special Term confirming the report of a referee on reference as to surplus moneys.

*N. C. Moak* for appellant.

*Josiah T. Marean* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.